UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-24351-JLK

EUROCON, LLC,

    Plaintiff,

v.

EMPIRE INDEMNITY INSURANCE COMPANY,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL APPRAISAL AND DENYING DEFENDANT'S MOTION TO ENFORCE SETTLEMENT**

THIS CAUSE is before the Court on the September 28, 2020 Report and Recommendation (DE 44) ("R&R") of Magistrate Judge Jacqueline Becerra. The R&R recommends granting Plaintiff's Motion to Compel Appraisal (DE 7) and denying Defendant's Motion to Enforce Settlement (DE 22). The Court has also considered Defendant's objections to the R&R (DE 45), filed October 12, 2020, and Plaintiff's response to those objections (DE 46), filed October 26, 2020.

Upon consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law and facts of the case. Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that:

1. Magistrate Judge Becerra's September 28, 2020 Report and Recommendation **(DE 44)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of the Court;

2. Plaintiff's Motion to Compel Appraisal **(DE 7)** is hereby **GRANTED**;

3. Defendant's Motion to Enforce Settlement **(DE 22)** is hereby **DENIED;**

4. This case is hereby **STAYED** pending completion of the appraisal;

5. The parties shall file a joint status report within **sixty (60) days** from the date of this Order addressing the status of the appraisal and shall further file joint status reports every **thirty (30) days** thereafter until the appraisal is concluded;

6. This case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to reopen upon completion of the appraisal; and

7. All other pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building, in Miami, Florida this 29th day of October, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:** **All counsel of record**
**Magistrate Judge Jacqueline Becerra**