UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-24351-JLK

EUROCON, LLC,

    Plaintiff,

v.

EMPIRE INDEMNITY INSURANCE
COMPANY,

    Defendant.
_____/

# REPORT AND RECOMMENDATION[1] ON PLAINITFF'S BILL OF COSTS

**THIS MATTER** is before the Court on Plaintiff, Eurocon, LLC's ("Plaintiff"), Motion for Bill of Costs. ECF No. [48]. Following the entry of the District Court's Order granting Plaintiff's Motion to Compel Appraisal, Plaintiff filed its Bill of Costs. *Id.* Defendant, Empire Indemnity Insurance Company ("Defendant"), opposed Plaintiff's entitlement to costs because it argued that the request was premature. ECF No. [49].

Thereafter, Plaintiff filed its Notice of Withdrawing Bill of Costs (ECF No. 48) Without Prejudice. ECF No. [59]. In its Notice, Plaintiff states that because Defendant has "opted to continue litigating this matter . . . [it] withdraws its Bill of Costs without prejudice to refile at a later date and request entitlement to same once the matter is ripe." *Id.* at 1–2. In response, Defendant filed a Notice of Non-objection, stating that it "does not object to [Plaintiff]'s withdrawal of the Bill of Costs without prejudice to re-file if they are entitled to file another bill of costs pursuant to the relevant rules of procedure and statute." ECF No. [61] at 1. Defendant

---

[1] This matter was referred to the undersigned by the Honorable James Lawrence King, Senior United States District Judge. ECF No. [50].

further states that it "reserves its right to object to any bill of costs filed by [Plaintiff] in the future or object to any other request by [Plaintiff] to recover its fees and/or costs." *Id.* at 2.

Based on the foregoing, it is hereby **RECOMMENDED** that Plaintiff's Bill of Costs be **DENIED WITHOUT PREJUDICE**. Plaintiff should be permitted to re-file its Bill of Costs if and when it becomes entitled to do so.

## OBJECTIONS

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **THREE (3) DAYS** of being served with a copy of this Report and Recommendation. The Court has provided a shortened objection period because the relief requested is unopposed. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**DONE AND SUBMITTED** in chambers at Miami, Florida on June 20, 2021.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE