# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 1:19-cv-24351-JLK/BECERRA

EUROCON, LLC,

    Plaintiff

v.

EMPIRE INDEMNITY INSURANCE COMPANY,

    Defendant.

_____/

## ORDER DENYING PLAINTIFF'S BILL OF COSTS

THIS CAUSE is before the Court on the June 20, 2021 Report and Recommendation ("R&R") (DE 62) of Magistrate Judge Jacqueline Becerra. No objections were filed and the time to do so has passed.

The R&R recommends denying without prejudice Plaintiff's Bill of Costs (DE 48) so that Plaintiff may re-file its Bill of Costs "if and when it becomes entitled to do so." R&R at 2. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 62)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court; and

2. Plaintiff's Bill of Costs **(DE 48)** is hereby **DENIED WITHOUT PREJUDICE.**

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of June, 2021.

                                                                              */s/ James Lawrence King*
                                                       **JAMES LAWRENCE KING**
                                                       **UNITED STATES DISTRICT JUDGE**
                                                       **SOUTHERN DISTRICT OF FLORIDA**

cc:    All counsel of record